All of the bills shown by the departmental report filed May 27, 1938 to be still outstanding, for medical and hospital charges, were incurred with the approval of the respondent and are entitled to payment as follows:

Dr. Gordon M. Perisho.................................... $148.00
Morris, Ill. Hospital........................................ 85.50
Dr. John Mitchell, examination............................ 15.00

$248.50

It is therefore ordered that an award be and the same is hereby allowed for the payment of said bills in the sum of Two Hundred Forty-eight and 50/100 ($248.50) Dollars in favor of claimant for the use of the following, to-wit:

Dr. Gordon M. Perisho.................................... $148.00
Morris, Ill. Hospital........................................ 85.50
Dr. John Mitchell, examination............................ 15.00

$248.50

It is further ordered that an award is hereby allowed claimant for an additional sum of Nine Hundred Fifty-one and 60/100 ($951.60) Dollars for temporary total disability sustained by him in the accident in question, such award being payable in weekly installments of Twelve ($12.00) Dollars per week. As the total amount so due has already accrued, the full sum of Nine Hundred Fifty-one and 60/100 ($951.60) Dollars is payable at the present time.

This award being subject to the provisions of an Act entitled, ''An Act Making an Appropriation to Pay Compensation Claims of State Employees and Providing for the Method of Payment Thereof,'' Approved July 3, 1937 (Sess. Laws 1937 p. 83), and being, by the terms of such Act, subject to the approval of the Governor, is hereby, if and when such approval is given, made payable from said appropriation from the Road Fund in the manner provided for in such Act.

(No. 3208— )

H. E. CALLAHAN, DOING BUSINESS AS CALLAHAN & CALLAHAN, Claimant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed May 11, 1938.*

*Award vacated November 10, 1938.*